UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| CARLOS SILVA ORELLANA,<br><br>*Petitioner*,<br><br>v.<br><br>SECRETARY, USDHS KRISTI NOEM; and JOEL GARCIA, FIELD OFFICE DIRECTOR, EL PASO FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>*Respondents*. | No. 3:25-CV-00532-LS |

## ORDER

Today, the Court considered this case. Petitioner Carlos Silva Orellana filed a writ of habeas corpus in this case.[1] In it, Petitioner requests that the Court issue a temporary restraining order, directing Respondents to release him or conduct a bond hearing.[2] Under the Local Rules for the Western District of Texas, "[a]n application for a temporary restraining order or preliminary injunction shall be made in an instrument separate from the complaint."[3] Therefore, if Petitioner seeks a temporary restraining order or preliminary injunction, Petitioner is ordered to file such a motion separately from his habeas petition.

**SO ORDERED**.

---

[1] ECF No. 1.
[2] *Id.* at 2.
[3] Local Court Rule CV-65.

**SIGNED** and **ENTERED** on November 19, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**